United States Bankruptcy Court

Central District of California

In re:  
TR Yamada, Inc.  
    Debtor

Case No. 20-19473-RK  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: mbakchell | Page 1 of 1 |
| Date Rcvd: Jan 14, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + TR Yamada, Inc., 1846 Trudie Drive, Rancho Palos Verdes, CA 90275-2036 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Krystina T Tran | on behalf of Debtor TR Yamada  Inc. krystina@bklawcorp.com, trankr76075@notify.bestcase.com |
| Sam S Leslie (TR) | sleslie@trusteeleslie.com  SLESLIE@ECF.AXOSFS.COM;trustee@trusteeleslie.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

```
SAM S. LESLIE, CPA
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
213/368-5000 – Telephone
213/368-5009 – Facsimile
Email: trustee@trusteeleslie.com

Chapter 7 Trustee
```

**FILED & ENTERED**

**JAN 14 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TR YAMADA, INC.,<br><br>　　　　　　　Debtor. | ) Case No. 2:20-bk-19473-RK<br>) 　　　　[Chapter 7]<br>)<br>) ORDER APPROVING TRUSTEE'S<br>) APPLICATION TO EMPLOY LEA<br>) ACCOUNTANCY, LLP AS<br>) ACCOUNTANT<br>)<br>) [No Hearing Required] |

　　　The Court, having considered the Chapter 7 Trustee's Application to Employ Accountant, LEA Accountancy, LLP ("LEA"), the Declarations of Sam S. Leslie and Marinna Falco in Support Thereof (Docket No. 9), and it appearing that LEA does not hold or represent any interest adverse to the estate of TR Yamada, Inc.,  in the matters on which it is to be employed, that it is a disinterested person as defined in Section 101(14), that its employment is in the best interest of this estate and that no hearing is required,

　　　IT IS HEREBY ORDERED that the Chapter 7 Trustee is authorized to employ LEA Accountancy, LLP on the terms set forth in the Application, with

-1-

1  compensation to be approved after proper notice and hearing pursuant to 11
2  U.S.C. § 327(a) and subject to Court approval, pursuant to 11 U.S.C. §
3  330(a) effective November 1, 2020.

# # #

Date: January 14, 2021

_____
Robert Kwan
United States Bankruptcy Judge