```
SAM S. LESLIE, CPA
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009

Chapter 7 Trustee
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TR YAMADA, INC.,<br><br>           Debtor. | Case No. 2:20-bk-19473-RK<br>[Chapter 7]<br><br>NOTICE OF TRUSTEE'S INTENTION TO ABANDON PERSONAL PROPERTY OF THE ESTATE PURSUANT TO LOCAL BANKRUPTCY RULE 6007-1(a) [Restaurant Furniture and Equipment]<br><br>[11 U.S.C. Section 554; Local Bankruptcy Rule 6007-1] |

TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

    PLEASE TAKE NOTICE that Sam S. Leslie, Chapter 7 Trustee ("Trustee") in the above-captioned case proposes to abandon any and all interest or claim the estate may have in the personal property described as (1) Restaurant furniture; and (2) Restaurant machinery, appliances, and fixtures (the "Property").

    Trustee has investigated the value of the Property and concluded that the estates costs of moving, storing, insuring and selling the Property would outweigh the benefit the estate would

00001

receive. Therefore the Property is of inconsequential value and burdensome to the estate.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy Rule 6007-1, the Trustee will take the proposed action without further hearing or order of the Court unless a timely objection or request for a hearing is filed by an interested party no later than fourteen (14) days from the date of service of this Notice, plus an additional three (3) days unless the notice of motion was served by personal delivery or posting as described in F.R.Civ.P 5(b)(2)(A)-(B). Any objection or request for a hearing must be in writing and must be filed with the United States Bankruptcy Court, 255 East Temple Street, Room 100, Los Angeles, CA 90012, and served upon Trustee at the address in the upper left hand corner of the first page this Notice and upon the Office of the United States Trustee at 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. A hearing will then be set by Trustee.

Unless objections are timely filed and served, Trustee will be deemed to have abandoned any interest the Property.

Dated: March 9, 2021

_____
Sam S. Leslie, Chapter 7 Trustee

Service Date: March 9, 2021

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Notice of Trustee's Intention to Abandon Personal Property of the Estate Pursuant to Local Bankruptcy Rule 6007-1(a) (Restaurant Furniture and Equipment) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 9, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Sam S Leslie (TR)          sleslie@trusteeleslie.com, sleslie@ecf.axosfs.com;trustee@trusteeleslie.com
   Krystina T Tran            krystina@bklawcorp.com, trankr76075@notify.bestcase.com
   United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:** On March 9, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   United States Bankruptcy Court
   The Honorable Robert N. Kwan
   United States Bankruptcy Judge
   255 E. Temple Street
   Suite 1682
   Los Angeles, CA 90012

   ☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2021, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 9, 2021

Shawn Sterrett

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1. PROOF OF SERVICE

00003

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:20-bk-19473-RK<br>Central District of California<br>Los Angeles<br>Tue Mar  9 12:07:40 PST 2021 | LEA Accountancy, LLP<br>3435 Wilshire Boulevard<br>Suite 990<br>Los Angeles, CA 90010-1998 | TR Yamada, Inc.<br>1846 Trudie Drive<br>Rancho Palos Verdes, CA 90275-2036 |
| Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento CA 95812-2952 | Gil Hopenstand<br>312 N. Spring St., 5th Floor<br>Los Angeles 90012-4701 |
| Harry's Vision, LLC<br>800 W 6th Street, Suite 950<br>Los Angeles, CA 90017-2720 | U.S. Small Business Administration<br>312 N. Spring St., 5th Floor<br>Los Angeles, CA 90012-2678 | U.S. Small Business Administration<br>409 3rd St, SW<br>Washington, DC 20416-0005 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Krystina T Tran<br>Law Offices of Tran and Iserhien PC<br>17011 Beach Blvd, Suite 830<br>Huntington Beach, CA 92647-5995 | Sam S Leslie (TR)<br>3435 Wilshire Blvd., Suite 990<br>Los Angeles, CA 90010-1998 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LEA Accountancy LLC

End of Label Matrix
Mailable recipients    11
Bypassed recipients     1
Total                  12

**00004**