```
 1 | SAM S. LESLIE, CPA
   | 1130 S. Flower Street
 2 | Suite 312
   | Los Angeles, CA 90015
 3 | Telephone: 323/987-5780
   | Facsimile: 323/987-5763
 4 | Email: trustee@trusteeleslie.com

 5 | Chapter 7 Trustee
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:20-bk-19473-RK |
| | ) [Chapter 7] |
| TR YAMADA, INC., | ) |
| | ) NOTICE TO PROFESSIONALS |
| Debtor. | ) TO FILE APPLICATIONS FOR |
| | ) COMPENSATION |
| | ) |
| _____ | ) [No Hearing Required] |

TO THE UNITED STATES BANKRUPTCY COURT - ASSET CLOSING SECTION, UNITED STATES TRUSTEE, ATTORNEY FOR THE DEBTOR, AND TO EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE OF THE ESTATE:

PLEASE TAKE NOTICE that the Chapter 7 Trustee herein, Sam S. Leslie, is prepared to file a Final Report and Account.

Professional persons are notified that the last day for filing Applications for Compensation is twenty-one (21) days after the mailing of this Notice pursuant to Local Bankruptcy Rule 2016-1(c)(4)(B).

Dated: June 17, 2021

_____
Sam S. Leslie, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1130 S. Flower Street, Suite 312, Los Angeles, CA 90015.

A true and correct copy of the foregoing document entitled Notice to Professionals to Final Applications for Compensation will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 17, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Sam S Leslie (TR)            sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com
   Krystina T Tran              krystina@bklawcorp.com, trankr76075@notify.bestcase.com
   United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:** On June 17, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   United States Bankruptcy Court          TR Yamada, Inc.
   The Honorable Robert N. Kwan            1846 Trudie Drive
   United States Bankruptcy Judge          Rancho Palos Verdes, CA 90275
   255 East Temple Street
   Suite 1682
   Los Angeles, CA 90012

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on June 17, 2021, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

   LEA Accountancy, LLP
   Attn: Marianna Falco
   1130 S. Flower Street
   Suite 312
   Los Angeles, CA 90015

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 17, 2021                                  _____
                                                      Shawn Sterrett

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1. PROOF OF SERVICE